IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Dominique Gibson, | ) | |
|       Plaintiff, | ) | Civil Action No. 4:20-cv-2765-TMC |
| vs. | ) | |
| Andrew M. Saul, Commissioner of Social Security Administration, | ) | **ORDER** |
|       Defendant. | ) | |

Plaintiff Dominique Gibson brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner"). (ECF No. 1). This matter is before the court on the Commissioner's unopposed motion, pursuant to sentence four of 42 U.S.C. § 405(g), seeking entry of an order remanding the case for further administrative proceedings. (ECF No. 15). Specifically, the Commissioner indicates that, on remand, the Administrative Law Judge's ("ALJ") decision will be vacated and the matter referred back to the ALJ for further proceedings, including "re-evaluating the medical source opinions pursuant to the appropriate medical evidence regulations; offering Plaintiff the opportunity for a hearing; and issuing a new decision." *Id*. at 2. The Commissioner also requests that the court enter a final judgment by separate order. *Id*.

Plaintiff consents to the motion to remand. *Id*. at 1.

Accordingly, the court **GRANTS** the Commissioner's motion to remand, (ECF No. 15). The Commissioner's decision is **REVERSED**, pursuant to sentence four of 42 U.S.C. § 405(g), and this action is **REMANDED** to the Commissioner for further administrative proceedings,

including those set forth above.  The Clerk of Court is directed to enter a final judgment by separate order.

    **IT IS SO ORDERED.**

s/ Timothy M. Cain  
United States District Judge

June 9, 2021  
Anderson, South Carolina